1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
11   KELLY MULLINS MOORE,                    1:07-cv-01753-WMW (HC)

12              Petitioner,                  ORDER GRANTING RESPONDENT'S
                                             APPLICATION FOR EXTENSION OF TIME
13         vs.                               TO FILE RESPONSE

14   M.C. KRAMER, Warden,                    THIRTY DAY DEADLINE

15              Respondent.

16   _____/

17        Upon considering Respondent's request, and good cause appearing, Respondent shall

18   have an additional 30 days, to and including November 8, 2008, to file a response to

19   Petitioner's petition for writ of habeas corpus.

20
21
22
23
24
25   IT IS SO ORDERED.

26   **Dated:   October 14, 2008**          _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
27
28