IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KELLY MULLINS MOORE,** | ) | 1:07-CV-1753- WMW HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION |
| | ) | TO SEAL CONFIDENTIAL |
| vs. | ) | RECORDS |
| | ) | [Doc. 16] |
| | ) | |
| **M. C. KRAMER, WARDEN,** | ) | ORDER GRANTING MOTION |
| | ) | TO EXPAND THE RECORD |
| Respondent. | ) | [Doc. 17] |
| | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On November 7, 2008, Respondent filed a motion to seal Petitioner's probation report and offender based information system and legal status summary on the ground that the documents are confidential state court records not available to the general public. Petitioner has not opposed the motion. Good cause appearing, Respondent's motion to seal confidential records is HEREBY GRANTED.

    Also on November 7, 2008, Respondent filed a motion to expand the record to include Petitioner's offender based information system and legal status summary. Petitioner

has not opposed the motion.  Good cause appearing, Respondent's motion to expand the record is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   January 22, 2009**            _____/s/  William M. Wunderlich_____
                                         UNITED STATES MAGISTRATE JUDGE

2